**E-Filing**

1 | KEVIN RYAN (CSBN 118321)
United States Attorney

2

3 | EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

4 | SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

5

6 | REBECCA THALBERG
Law Clerk

7 | 150 Almaden Blvd., Suite 900
San Jose, California 95113
8 | Telephone: (408) 535-5038
Fax: (408) 535-5066
9 | Rebecca.Thalberg@usdoj.gov

10 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00186 PVT |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| v. ) | |
| DAVID PAUL GRIMSLEY, ) | |
| Defendant. ) | |

The parties in this matter appeared before the Court on Thursday, April 20, 2006. Plaintiff United States of America, by and through Assistant United States Attorney Susan Knight and Law Clerk Rebecca Thalberg, and defendant David Paul Grimsley, by and through his counsel Paul W. Balbas, who was represented in Court on Thursday, April 20, 2006 by Mark Freschi, who was specially appearing, hereby AGREE AND STIPULATE that the period of time from April 20, 2006 through and including May 18, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act. The parties stipulate and

//

agree that such an exclusion is appropriate for continuity of defense counsel.

DATED: April 20, 2006

KEVIN V. RYAN
United States Attorney

/s/
SUSAN KNIGHT
Assistant U.S. Attorney

REBECCA THALBERG
Law Clerk

DATED: April 20, 2006

/s/
PAUL W. BALBAS
Attorney for the Defendant

## [PROPOSED] ORDER

Based upon the foregoing, and good cause appearing therefor, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as is necessary to account for the continuity of defense counsel.

IT IS HEREBY ORDERED THAT the period of time from April 20, 2006 through and including May 18, 2006 be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

IT IS SO ORDERED.

DATED: 4/28/06

HON. PATRICIA V. TRUMBULL
United States Magistrate Judge

2