| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CSBN 209013)<br>Assistant United States Attorney |
| 5 | |
| 6 | LUKE ITANO<br>Law Clerk |
| 7 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5036<br>FAX: (408) 535-5066<br>Luke.Itano@usdoj.gov |
| 8 | |
| 9 | |
| 10 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID PAUL GRIMSLEY,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | No. 06-00186 PVT<br><br>STIPULATION AND [PROPOSED]<br>ORDER VACATING APPEARANCE<br><br>SAN JOSE VENUE |

The above-captioned case is scheduled for a status appearance on Thursday, July 6, 2006 at 2:00 p.m. The undersigned parties respectfully request that the appearance be vacated. As the court is aware, the United States has referred Mr. Grimsley to Pretrial Services for an intake evaluation. If Mr. Grimsley meets the qualifications set forth by Pretrial Services, he will be placed on pretrial diversion for no more than eighteen months. The parties have previously stipulated that prosecution will be deferred for an eighteen month period of time for Mr.

STIPULATION AND [PROPOSED] ORDER
NO. 06-00186 PVT                    1

1  Grimsley to demonstrate good conduct under the conditions of a pretrial diversion program.

2  SO STIPULATED:                           KEVIN V. RYAN
                                            United States Attorney
3

4  DATED:____07/05/06___              _____/s/_____
                                            SUSAN KNIGHT
5                                           Assistant United States Attorney

6                                           LUKE ITANO
                                            Law Clerk
7

8  DATED:____07/05/06___              _____/s/_____
                                            PAUL W. BALBAS
9                                           Attorney for Mr. Grimsley

10

11     Accordingly, the Court HEREBY ORDERS that the status appearance scheduled for July 6,

12 2006 at 2:00 p.m. is vacated.

   SO ORDERED.
13

14 DATED: 7/5/06                        _____
                                            PATRICIA V. TRUMBULL
15                                          United States Magistrate Judge

16

17

18

...

28

STIPULATION AND [PROPOSED] ORDER
No. 06-00186 PVT                             2