**CHAMBERS COPY**

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
6  LUKE ITANO
   Law Clerk
7
    150 Almaden Blvd., Suite 900
    San Jose, California 95113
8   Telephone: (408) 535-5036
    Fax: (408) 535-5066
9   Email: Luke.Itano@usdoj.gov

10
11 Attorneys for Plaintiff

12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14                    SAN JOSE DIVISION
15
16
17 UNITED STATES OF AMERICA,        )   No. CR-06-00186 PVT
                                    )
18      Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                    )   ORDER TO EXCLUDE TIME AND
19      v.                          )   DEFER PROSECUTION
                                    )
20 DAVID PAUL GRIMSLEY,             )
                                    )
21      Defendant.                  )
   _____)
22
        The parties hereby request that the Court exclude time under the Speedy Trial Act in the
23
   above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from July 3, 2006 to December 4, 2007
24
   for deferral of prosecution. The parties agree that pretrial diversion is an appropriate disposition
25
   in this matter.
26
        The United States has referred Mr. Grimsley to Pretrial Services for an intake evaluation.
27
   If Mr. Grimsley meets the qualifications set forth by Pretrial Services, he will be placed on
28

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 06-00186 PVT

pretrial diversion for no more than eighteen months.   Accordingly, the parties agree that the prosecution will be deferred for an eighteen month period of time for Mr. Grimsley to demonstrate good conduct under the conditions of a pretrial diversion program.

SO STIPULATED.

                                    KEVIN V. RYAN
                                    United States Attorney

DATED: __07/03/06___               \s_____
                                    SUSAN KNIGHT
                                    Assistant United States Attorney

                                    LUKE ITANO
                                    Law Clerk

DATED: __07/03/06_____           \s_____
                                    PAUL W. BALBAS
                                    Attorney for Mr. Grimsley

     Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from July 3, 2006 to December 4, 2007 for deferral of prosecution by the United States for the purpose of allowing the defendant to demonstrate good conduct under the conditions of a pretrial diversion program.

DATED: 7/6/06                                     /s/ Patricia V. Trumbull
                                              PATRICIA V. TRUMBULL
                                              United States Magistrate Judge