SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

FILED

NOV - 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,            )   No. CR 06-00186 PVT
                                     )
         Plaintiff,                  )
                                     )   NOTICE OF DISMISSAL
    v.                               )
                                     )   SAN JOSE VENUE
DAVID GRIMSLEY,                      )
                                     )
         Defendant.                  )
_____)

On September 12, 2006, the defendant was placed on a pretrial diversion program relating to a misdemeanor information charging him with willfully violating a condition of a Bureau of Land Management Private Maintenance and Care Agreement for Wild Horses and Burros, in violation of 16 U.S.C. §1338(a)(6) and 43 C.F.R. § 4770(g). Specifically, the defendant adopted several wild horses under a Bureau of Land Management Program and transferred them to another individual in violation of a maintenance agreement. Pretrial Services Officer Jaime Carranza has informed the government that the defendant has successfully completed a pretrial diversion program, including performing 30 hours of community service. Accordingly, with leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States

Attorney for the Northern District of California dismisses the above information with prejudice.

DATED: 10/29/2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

## ORDER

Leave of Court is granted to the government to dismiss the above-captioned information, United States v. David Grimsley, for the reasons set forth in the Government's Notice of Dismissal.

Date: 10/30/07

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

NOTICE OF DISMISSAL                               2